**IMAGINATION & INFORMATION, INCORPORATED (doing business as Simplix), Appellant,**

v.

**Robert M. GATES, Secretary of Defense, Appellee.**

No. 2006–1577.

United States Court of Appeals, Federal Circuit.

Feb. 16, 2007.

Rehearing and Rehearing En Banc Denied March 22, 2007.

Before SCHALL, Circuit Judge, CLEVENGER, Senior Circuit Judge, and GAJARSA, Circuit Judge.

### *Judgment*

PER CURIAM.

*This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:*

AFFIRMED. *See* Fed. Cir. R. 36.